FILED
2009 Dec-29 AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Dec 22, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Dec 04, 2009

FILED
CLERK'S OFFICE

IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION

MDL No. 2092

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On October 1, 2009, the Panel transferred 34 civil actions to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2009). Since that time, nine additional actions have been transferred to the Northern District of Alabama. With the consent of that court, all such actions have been assigned to the Honorable Inge P. Johnson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Alabama and assigned to Judge Johnson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Alabama for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable Inge P. Johnson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Alabama. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 22, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY: A. Langley
DEPUTY CLERK

**IN RE: CHANTIX (VARENICLINE) PRODUCTS**
**LIABILITY LITIGATION**                                                MDL No. 2092

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA EASTERN
  CAE  2   09-2920              Jennifer Williams v. Pfizer Inc., et al.

ILLINOIS NORTHERN
  ILN  1   09-6830              Ellen Hansen v. Pfizer Inc.
  ILN  1   09-6835              Marshall Clayton v. Pfizer Inc.

ILLINOIS SOUTHERN
  ILS  3   09-737               Bruce Dankers, etc. v. Pfizer Inc.

OKLAHOMA WESTERN
  OKW 5   09-1157               Billy J. Hartley, et al. v. Pfizer Inc.